JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVETA DEPROSPO, | Case No. CV 19-5768-GW (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| THE BRIGHTON HOUSE, | |
| Defendant. | |

In accordance with the Order Dismissing Complaint issued concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: August 22, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE